costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GERMAINE S. BUERGER, Respondent, v. LEO BUERGER, Appellant.— Order modified by reducing the amount of alimony to the sum of $18,000 a year, and counsel fee to the sum of $2,500, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GRAF BROS., INC., Appellant, v. F. N. BURT Co., LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Respondent, v. ISIDORE ARONIN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss the complaint granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM POLEKOFF, Respondent, v. NAT LEVINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATIONAL BUTCHERS AND DROVERS BANK, Respondent, v. ELIAS GOTTFRIED, Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE BASS, an Infant, by HELEN BASS, His Guardian ad Litem, Respondent, v. PERETZ LICHT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELIZABETH A. UNDERHILL, Suing as a Stockholder and on Behalf of Others Similarly Situated, Respondent, v. MOONEY-MAXWELL COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY G. MONTGOMERY, Appellant, v. CREDIT ALLIANCE CORPORATION, Respondent.— Order modified to the extent of permitting an open commission provided that the plaintiff bear the due expense thereof, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY G. MONTGOMERY, Respondent, v. CREDIT ALLIANCE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM A. AYCRIGG, as Administrator C. T. A. of JEANIE A. VALENTINE, Deceased, and Another, v. JOHN B. AYCRIGG and Others, Impleaded with PASSAIC NATIONAL BANK and Others, as Executors and Trustees, etc., of JAMES N. FULLER, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.